In the Matter of the Accounting of WILLIAM CONLIN, as Committee of the Estate of JAMES CONLIN, an Incompetent Person.

UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant; JOHN F. KAVANAGH, Special Guardian, Respondent.

*Surety bonds — accounting of deceased committee of incompetent person — when surety properly charged with expenses of accounting.*

*Matter of Conlin*, 212 App. Div. 832, affirmed.

(Argued May 4, 1925; decided May 15, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 26, 1925, which unanimously affirmed an order of Special Term surcharging the account of the committee of the estate of James Conlin, an incompetent person, and said committee having died, leaving no estate, directing that the deficiency together with the expenses of the accounting be collected from the surety on his bond.

*William J. McArthur, Sunshine Ulman* and *Edmund J. Donegan* for appellant.

*John F. Kavanagh* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.